IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| STIEFEL RESEARCH AUSTRALIA PTY. LTD.<br><br>            Plaintiff,<br><br>            v.<br><br>PERRIGO COMPANY and PERRIGO ISRAEL PHARMACEUTICALS, LTD.,<br><br>            Defendants. | C.A. No. 09-758 (GMS) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Stiefel Research Australia Pty. Ltd. ("Plaintiff") and Defendants Perrigo Company and Perrigo Israel Pharmaceuticals, Ltd. (collectively, "Defendants") hereby stipulate that all claims asserted by Plaintiff against Defendants and all counterclaims asserted by Defendants against Plaintiff in this action shall be, and hereby are, dismissed <u>with</u> prejudice, without costs to either party, and without right of appeal. Each party shall bear its own attorneys' fees and experts' fees.

1

March 7, 2011                       Respectfully submitted,

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210


Christine J. Siwik
William A. Rakoczy
Alice L. Riechers
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone: (312) 222-6304
Facsimile: (312) 222-6324

*Attorneys for Defendants Perrigo Co. and Perrigo Israel Pharmaceuticals, Ltd.*

March 7, 2011

/s/ Karen Jacobs Louden
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

Martin J. Black
Kevin M. Flannery
DECHERT LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-4000
Facsimile: (215) 994-2222

*Attorneys for Plaintiff Stiefel Research Australia Pty. Ltd.*